**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CLIFFORD ALI,

                          Petitioner,               24 **CIVIL** 6908 (NSR)

      -against-                              **<u>JUDGMENT</u>**

MARK MILLER, SUPERINTENDENT,
GREEN HAVEN CORRECTIONAL
FACILITY,

                          Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated May 22, 2025, the court dismisses the instant action without prejudice to renew and the case is closed.

**DATED:** New York, New York
            May 22, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                **BY:**   *[signature]*
                                                     **Deputy Clerk**